IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONALD E. GRYDER, | ) |
| | ) |
| Plaintiff, | )   CIVIL ACTION FILE |
| | )   NO.: 1:00-cv-2437-ECS |
| vs. | ) |
| | ) |
| NORMAN Y. MINETA, | ) |
| Secretary of Transportation, | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFF'S SECOND AMENDED MOTION FOR ATTORNEY'S FEES**

COMES NOW Plaintiff in the above-styled action and, pursuant to 42 U.S.C. §§ 1988 and 2000e-5(k), requests an award of attorney's fees upon Judgement for Plaintiff entered in this Court on September 15, 2010.

As supported by the attached filings, Plaintiff claims total fees of $154,890.50 for 412.3 hours of work that his attorneys and their support staff performed prior to, and during the pendency of, the instant proceedings. Furthermore, Plaintiff requests additional expenses beyond those allowed in the bill of costs in the amount of $4,807.60.

In support of said motion, Plaintiff submits the following:

1. Summary of hours billed by Adam J. Conti, LLC for the period 1997 to 2000, *Exhibit "A"*;

2. The itemized billing statement of Adam J. Conti, LLC for the period 1997 to 2000, *Exhibit "B"*;

3. The itemized billing statement of Bondurant, Mixon & Elmore, LLP for the period April 2006 to August 2006, *Exhibit "C"*;

4. The itemized billing statement of Adam J. Conti, LLC for the period December 31, 2011 to August 21, 2012, *Exhibit "D"*;

5. The Declaration of Adam J. Conti, *Exhibit "E";*

6. The Declaration of Michael T. McCulley, *Exhibit "F";*

7. The Declaration of Ronan P. Doherty, *Exhibit "G";*

8. The Declaration of Steven J. Rosenwasser, *Exhibit "H";*

9. Messrs. Doherty's and Rosenwasser's Engagement Letter, *Exhibit "I";*

10. Mr. Doherty's Cover Letter to Final Invoice, *Exhibit "J";*

11. Mr. Conti's Engagement Letter, *Exhibit "K";* and

12. The Brief in Support of Plaintiff's Motion for Attorney's Fees.

Respectfully submitted this 21st day of August, 2012.

                                              s/ Michael T. McCulley, Esq.
                                              Attorney Bar No. 486989
                                              Attorney for Donald E. Gryder

Adam J. Conti, LLC
400 Northridge Road, Suite 255
Atlanta, Georgia 30350
Telephone: (404) 531-0701
Facsimile: (404) 531-0082
E-mail: mmcculley@contilaw.com

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **DONALD E. GRYDER,** | )<br>) |
| **Plaintiff,** | ) **CIVIL ACTION FILE**<br>) **NO.: 1:00-cv-2437-ECS** |
| vs. | )<br>) |
| **NORMAN Y. MINETA,**<br>**Secretary of Transportation,** | )<br>)<br>) |
| **Defendant.** | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2012, I electronically filed *Plaintiff's Second Amended Motion for Attorney's Fees* and all attachments with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

      Aileen Bell Hughes, Esq.

                                            <u>s/ Michael McCulley, Esq.</u>